## No. 17,546.

MIKE HADAD *v.* HOME INSURANCE COMPANY, ET AL.

(284 P. [2d] 662)

Decided June 6, 1955.

Messrs. MABRY & MABRY, for plaintiff in error.

Messrs. DAZZO & NIGRO, for defendants in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.